1
2
3
4
5
6
7
8
9          UNITED STATES DISTRICT COURT

10    CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

11
12
13
14
15  NORMAN BRANTLEY,                ) CV 10-452-DMG (SH)
                                    )
16                                  ) ORDER ADOPTING REPORT AND
                   Petitioner,      ) RECOMMENDATION OF UNITED
17                                  ) STATES MAGISTRATE JUDGE
                                    )
18        v.                        )
                                    )
19  JOHN MARSHALL, Warden,          )
                                    )
20                 Respondent.      )
                                    )
21  ┌─────────────────────────────┐ )

        Pursuant to 28 U.S.C. Section 636(b)(1)(C), the Court has reviewed the
22
    Petition, all of the records and files herein, and the  Report and Recommendation
23
    of the United States Magistrate Judge, and has made a *de novo* determination of the
24
    Report and Recommendation.  The Court concurs with and adopts the conclusions
25
    of the Magistrate Judge.
26
        IT IS ORDERED that the Petition filed herein is denied and the action is
27
    dismissed with prejudice.
28

                                     1

1    IT IS FURTHER ORDERED that the Clerk shall serve copies of this Order,

2  the Magistrate Judge's Report and Recommendation, and the Judgment herein by

3  the United States mail on petitioner and counsel for respondent.

4    LET JUDGMENT BE ENTERED ACCORDINGLY.

5

6  DATED:    May 20, 2011

7

8

9
                                DOLLY M. GEE
10                         UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28