UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| NORMAN BRANTLEY,<br><br>        Petitioner,<br><br>    v.<br><br>JOHN MARSHALL, Warden,<br><br>        Respondent. | ) CV 10-452-DMG (SH)<br>)<br>) JUDGMENT<br>)<br>)<br>)<br>)<br>)<br>) |

Pursuant to the Order of the Court adopting the conclusions and recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of *Habeas Corpus* is denied and the action is dismissed with prejudice.

DATED: May 20, 2011

*Dolly M. Gee*

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

1